IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | No. C 07-00131 JW (PR) |
| ) | |
| DESHAZO, ) | ORDER OF TRANSFER |
| ) | |
| Plaintiff. ) | |
| ) | |
| _____ ) | |

Plaintiff, a prisoner at California State Prison, Corcoran, in Corcoran, California, ("Corcoran") filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that his constitutional rights have been violated at Corcoran.

Venue may be raised by the court sua sponte where the defendant has not filed a responsive pleading and the time for doing so has not run. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986). When jurisdiction is not founded solely on diversity, venue is proper in (1) the district in which any defendant resides, if all of the defendants reside in the same state; (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b). When venue is improper, the

Order of Transfer
N:\Pro - Se\7.27.2007\07-00131 DeShazo00131_transfer.wpd

1  district court has the discretion to either dismiss the case or transfer it "in the interest
2  of justice." See 28 U.S.C. § 1406(a).
3      It is clear from the instant complaint and the attachments thereto that
4  plaintiff's claims arise out of actions alleged to have been committed at Corcoran by
5  Corcoran officials. Corcoran is located in Kings County, California, which is within
6  the venue of the Eastern District of California. See 28 U.S.C. §§ 84(b). As a result,
7  venue is proper in the Eastern District of California, not in the Northern District.
8      Accordingly, in the interest of justice, the above-titled action is hereby
9  TRANSFERRED to the United States District Court for the Eastern District of
10 California.
11     The Clerk shall close the file.

DATED:   July 19 2007

JAMES WARE
United States District Judge

Order of Transfer
N:\Pro - Se\7.27.2007\07-00131 DeShazo00131_transfer.wpd    2